**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-4913**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

FRANK MARFO,

                Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Marvin J. Garbis, Senior District Judge.  (1:11-cr-00657-MJG-3)

Submitted:  May 6, 2014                          Decided:  May 16, 2014

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank Marfo, Appellant Pro Se. John Francis Purcell, Jr., Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Marfo appeals the district court's order denying his motion seeking the identities and notes of the grand juries that returned the indictment and superseding indictment in this case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Marfo</u>, No. 1:11-cr-00657-MJG-3 (D. Md. Nov. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>